UNITED STATES GOVERNMENT
MEMORANDUM

RECEIVED

DATE: August 17, 2007

2007 AUG 20 A 11:54

TO: Honorable *William Keith Watkins*
DEBRA P. HACKETT, CLK    U.S. District Judge
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

FROM:   Louis D. Johns, Jr.
        U. S. Probation Officer
        Dothan Office

SUBJECT:   PHILLIP EUGENE TOWNSEND
           TRANSFER OF JURISDICTION

Attached please find the Probation Form 22 on the above referenced defendant. He was originally sentenced in the Southern District of Texas and a copy of the Judgment is included. Mr. Townsend was reared in Alabama and was in Texas due to employment. He is currently supervised by this officer and resides in Ozark, Alabama.

U.S. District Judge Micaela Alvarez signed the transfer of jurisdiction on July 25, 2007. It is now being submitted for consideration by the Court. It is the recommendation of the Probation Office that transfer of jurisdiction be accepted by this district.

Respectfully submitted,

*Louis D. Johns*

Louis D. Johns, Jr.
U.S. Probation Officer

enclosure

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER /Tran. Court} |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 5:04CR02389-001 |
| | | DOCKET NUMBER /Rec. Court} |
| RECEIVED | | 1:07cm1331-WKW |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| PHILLIP EUGENE TOWNSEND<br>3922 COUNTY ROAD 20<br>OZARK, AL 36360 | SOUTHERN TEXAS | LAREDO |
| 2007 AUG 20 A 11:54<br>DEBRA P. HACKETT, CLK<br>U.S. DISTRICT COURT<br>MIDDLE DISTRICT ALA | NAME OF SENTENCING JUDGE | |
| | MICAELA ALVAREZ, U.S. DISTRICT JUDGE | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM: APRIL 11, 2007 — TO: APRIL 10, 2010 |

OFFENSE

TRANSPORTATION OF AN UNDOCUMENTED ALIEN WITHIN THE UNITED STATES FOR PRIVATE FINANCIAL GAIN BY MEANS OF A MOTOR VEHICLE

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the MIDDLE DISTRICT OF ALABAMA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

July 25, 2007
Date                                                                        United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

AUG 17 2007

8/24/07
Effective Date                                                              United States District Judge